UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAR 04 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:15-MJ-1270-RN

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
DIXON, CHRISTINA N. )
)

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about JUNE 30, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DIXON, CHRISTINA N., did willfully assault an individual with a deadly weapon, to wit: stabbing another person several times in the upper portion of the left arm with a putty knife, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statue 14-33(c)(1).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
JOHN T. BENNETT
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222