# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*"See Instructions for Service of Process by U.S. Marshal"*

**RECEIVED FEB 23 2018 U.S. Marshals Service, EDNC**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 5:15-MJ-1270-KS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CHRISTINA N. DIXON | Order to Show Cause |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: CHRISTINA N. DIXON
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 4105 SARATOGA COURT, ABERDEEN, NC 28315-3674

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. DISTRICT COURT
310 NEW BERN AVE.
RALEIGH, NC 27601

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER: 919-645-1700
DATE: 2/21/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 56 | No. 56 | Carol Smith | 2-23-18 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2-26-18
Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy: Carol Smith

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 800 | | | 800 | | 800 ~~$0.00~~ |

REMARKS: 2-23-18 CERTIFIED MAIL 7017 2400 0000 0969 5305
2-6-18 SEE PS FORM 3811 OR USPS TRACKING

**FILED MAR 0 7 2018**
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Case 5:15-mj-01270-KS Document 8 Filed 03/07/18 Page 1 of 3



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christina N. Dixon
4105 Saratoga Court
Aberdeen, NC 28315-3674

9590 9402 3417 7227 1642 75

S1SMJ 1270KS

2. Article Number (Transfer from service label)

7017 2400 0000 0969 5305

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   2/26/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☑ No

RECEIVED MAR 0 5 2018
U.S. Marshals Service, EDNC

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 3417 7227 1642 75



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service
310 New Bern Avenue, Suite 100
Raleigh, North Carolina 27601